UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

    - against -

EVERTON PRYCE,

                          Defendant.
-------------------------------------------------------------x

**ORDER**

No. 21-CR-514 (CS)

       Defendant Pryce's sentencing was originally scheduled for May 20, 2022, but the Court was informed by the Marshals Service that he would not leave his cell.  The sentencing was rescheduled for May 31, 2022, but the Court was again informed that Defendant Pryce would not leave his cell.  The sentencing is hereby rescheduled for July 11, 2022 at 10:30 am.  Defendant Pryce is ORDERED to attend in person and to cooperate with jail and Marshals Service personnel involved in his transportation to the courtroom.

**SO ORDERED.**

Dated: June 6, 2022
      White Plains, New York

_____
   CATHY SEIBEL, U.S.D.J.