UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :
                                :
    - v. -                      :        ORDER
                                :
EVERTON PRYCE,                  :        21 Cr. 514 (CS)
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

On or about June 6, 2022, this Court issued an Order that the defendant EVERTON PRYCE attend his sentencing scheduled for July 11, 2022; ~~and~~

On May 20, 2022 and May 31, 2022, the U.S. Marshals Service attempted to transport EVERTON PRYCE from the Metropolitan Detention Center ("MDC") for sentencing and on both occasions PRYCE refused to leave his cell, and [and] and accordingly

IT IS HEREBY ORDERED that, if EVERTON PRYCE refuses to comply with a directive designed to effectuate his transport from MDC to the United States Courthouse in White Plains, New York for purposes of attending his sentencing on July 11, 2022, Bureau of Prisons and U.S. Marshals Service personnel may use such force as is reasonably necessary to effectuate such directive.

ORDERED that the Clerk of the Court serve a copy of this Order upon the United States

Marshal Service for the Southern District of New York and the Bureau of Prisons, and that counsel for Mr. Pryce inform Mr. Pryce of this Order. It is the Court's sincere wish that no use of force will be necessary.

Dated: White Plains, New York
7/5/22

*Cathy Seibel*
CATHY SEIBEL
UNITED STATES DISTRICT JUDGE